FILED: May 19, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 22-4303
(3:19-cr-00018-GMG-RWT-9)

UNITED STATES OF AMERICA,

       Plaintiff - Appellee,

  v.

MICHAEL SHAVAR PAYTON,

       Defendant - Appellant.

O R D E R

After a review of the record pursuant to *Anders v. California*, 386 U.S. 738 (1967), the court concludes that there are potentially nonfrivolous grounds for appeal that would benefit from adversarial presentation, namely: (1) whether the belated disclosure of a letter from Payton's codefendant, which alleged that a law enforcement officer engaged in coercion, rendered Payton's guilty plea unintelligent or involuntary, and (2) whether the district court judge erred by failing to sua sponte recuse herself from sentencing or, if not, whether counsel rendered ineffective assistance by failing to file a recusal motion. The court directs the parties to brief

these issues. The clerk's office will enter a separate order setting the briefing schedule.

                                        For the Court

                                        /s/ Nwamaka Anowi, Clerk