Filed: May 19, 2025

# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

_____

SUPPLEMENTAL BRIEFING ORDER

_____

No. 22-4303,    <u>US v. Michael Payton</u>
                 3:19-cr-00018-GMG-RWT-9

The court directs supplemental briefing as follows:

Supplemental opening brief due: 06/09/2025

Supplemental response brief due: 06/30/2025

Supplemental reply brief permitted by: Within ten days of service of supplemental response brief.

The briefs and any supplemental appendix must conform to the **Fourth Circuit Brief & Appendix Requirements** and the **Appendix Pagination & Brief Citation Guide** (available as links from this order and at **www.ca4.uscourts.gov**).

                               /s/ NWAMAKA ANOWI, CLERK
                               By: Tony Webb, Deputy Clerk